IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BRUNETTE;  STUART BULLARD; SENAD DEDOVIC; WILLY GARCIA DOMINGUEZ; SCOTT DYER; LEONARDO GONZELEZ; BENJAMIN HARDING; KEVIN HOWES; WILLIAM HOWES; ROBERT MOORE; EDWARD NEE; JAY PRYOR; JUAN ROLDAN; ALAN SANTOS; GLENN TAYLOR; LAWRENCE TAYLOR; AARON TRIAL; and JEFFREY WOSENCROFT, | : : : : : : : : : : : : |
| Plaintiffs, | : |
| v. | : : |
| BIMBO BAKERIES USA, INC. and BIMBO FOODS BAKERIES DISTRIBUTION, LLC, | : : : |
| Defendants. | : : : |

CIVIL ACTION

NO. _____

JURY TRIAL DEMANDED

## **COMPLAINT**

Plaintiffs were recently dismissed from a Fair Labor Standards Act ("FLSA") collective action styled *Camp v. Bimbo Bakeries USA, Inc.*, 1:18-cv-00378, after the New Hampshire District Court determined that *Bristol-Myers Squibb Co. v. Superior Court of California*, __ U.S. __, 137 S. Ct. 1773, 198 L. Ed. 395 (2017), prevented it from exercising personal jurisdiction over Defendants with respect to the FLSA claims of individuals who did not work in New Hampshire. *See Camp*, 2020 U.S. Dist. LEXIS 60997 (D.N.H. Apr. 7, 2020).[1]  In the wake of this ruling, Plaintiffs bring their FLSA claims to this judicial district (wherein Defendants are headquartered) and allege the following:

---

[1]  The "Opt-In Consent Forms" that each Plaintiff filed with the *Camp* Court are attached as Exhibit A.

## PARTIES

1.      Plaintiffs worked for Defendants (as defined in paragraph 4) as "distributors" assigned to "depots" located outside of New Hampshire.  Specifically:

   a.   James Brunette resides in Manchester, NH and was assigned to a depot in MA;

   b.   Stuart Bullard resides in Bangor, ME and was assigned to a depot in ME;

   c.   Senad Dedovic resides in Woodbury, CT and was assigned to depots in CT;

   d.   Willy Garcia Dominguez resides in Johnston, RI and was assigned to a depot in MA;

   e.   Scott Dyer resides in Braintree, MA and was assigned to a depot in MA;

   f.   Leonardo Gonzelez resides in Lawrence, MA and was assigned to a depot in MA;

   g.   Benjamin Harding resides in Sounderstown, RI and is assigned to a depot in MA;

   h.   Kevin Howes resides in Gorham, ME and was assigned to a depot in ME;

   i.   William Howes resides in Buxton, ME and is assigned to a depot in ME;

   j.   Robert Moore resides in Springfield, MA and was assigned to a depot in MA;

   k.   Edward Nee resides in Charleston, ME and is assigned to a depot in ME;

   l.   Jay Pryor resides in Bristol, CT and was assigned to a depot in CT;

   m.   Juan Roldan resides in Brockton, MA and was assigned to a depot in MA;

   n.   Alan Santos resides in Middleboro, MA and is assigned to a depot in MA;

   o.   Glenn Taylor resides in Whitefield, ME and is assigned to a depot in ME;

   p.   Lawrence Taylor resides in Cranston, RI and was assigned to a depot in MA;

   q.   Aaron Trial resides in Smithfield, ME and is assigned to a depot in ME;

  r. Jeffrey Wosencroft resides in Wakefield, RI and is assigned to a depot in MA.

2. Bimbo Bakeries USA, Inc. is a corporate entity headquartered in Horsham, PA.

3. Bimbo Foods Bakeries, LLC is corporate entity headquartered in Horsham, PA.

4. We refer to Bimbo Bakeries USA, Inc. and Bimbo Foods Bakeries, LLC collectively as "Defendants."

5. Defendants employ individuals engaged in commerce or in the production of goods for commerce and/or handling, selling, or otherwise working on goods or materials that have been moved in or produced in commerce by any person.

## JURISDICTION AND VENUE

6. Subject matter jurisdiction is proper under 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331.

7. Venue is proper under 28 U.S.C. § 1391.

## FACTS

8. Defendants "are in the business of manufacturing, selling, and delivering baked goods under brand names that include Sara Lee and Nature's Harvest." *Camp*, 2020 U.S. Dist. LEXIS 60997, at *3.

9. Plaintiffs "are 'distributors' who deliver Bimbo Bakeries products to stock shelves in various stores." *Camp*, 2020 U.S. Dist. LEXIS 60997, at *3.

10. The distributor job does not require any special skills and can be quickly and easily learned through on-the-job training.

11. The services performed by Plaintiffs and other distributors are integral to Defendants' business.  Indeed, Bimbo USA's website asserts that the company "operates more than 60 bakeries, employs more than 20,000 associates and *distributes products through 11,000 sales routes throughout the United States*."  *See* https://bimbobakeriesusa.com/about-us#fact-

sheet (emphasis supplied)

12.     Plaintiffs, like other distributors, generally worked for Defendants on a long-term basis.  Specifically, Plaintiffs' average tenure exceeds 5 years.

13.     Defendants exert substantial control over the most basic aspects of Plaintiffs' work. For example, Defendants:  unilaterally determine food item prices; unilaterally negotiate with customers concerning product prices, promotional programs, and other merchandising issues; require Plaintiffs to stock store shelves pursuant to detailed "planograms" and other directives; unilaterally adjust food item orders; dictate the circumstances under which food items must be removed from customers as "stale;" require Plaintiffs to deliver food products to unprofitable accounts; require Plaintiffs to participate in marketing programs determined solely by Defendants; require Plaintiffs to utilize inventory control and record-keeping systems developed exclusively by Defendants; and generally prohibit Plaintiffs from delivering competitors' food products.

14.     Plaintiffs regularly work over 40 hours per week and, in fact, it is not unusual for some Plaintiffs to work over 60 hours during busy weeks.

15.      Defendants to not pay Plaintiffs any overtime premium compensation for hours worked over 40 per week.

## COUNT I

16.     The FLSA requires that employees receive overtime premium compensation calculated at 150% of their regular pay rate for all hours worked over 40 per week.  *See* 29 U.S.C. § 207(a)(1).

17.     Defendants are employers required to comply with the FLSA's overtime pay mandate, and Plaintiffs are employees entitled to the mandate's protections.

18.     Defendants violated the FLSA by failing to pay Plaintiffs overtime premium compensation for hours worked over 40 per week.

19.     In violating the FLSA, Defendants acted willfully and with reckless disregard of clearly applicable FLSA provisions.

## JURY DEMAND

Plaintiffs demand a jury trial.

## PRAYER FOR RELIEF

Plaintiffs seek:

A.      Unpaid overtime wages and prejudgment interest;

B.      Liquidated damages;

C.      Litigation costs, expenses, and attorneys' fees; and

D.      Any other relief as the Court deems just and proper.

Date:  May 12, 2020                        Respectfully,

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Harold L. Lichten (*pro hac vice* admission anticipated)
Matthew Thomson (*pro hac vice* admission anticipated)
Zachary L. Rubin (*pro hac vice* admission anticipated)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800

# Exhibit A

**OPT-IN CONSENT FORM**

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: James C. Brunette Sr.

City Manchester     State NH     Zip 03102

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.   I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.   I worked for Bimbo Foods at Wilmington, MA (locations) from 08/2015 (date) to 12/2016 (date).

3.   During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.   I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: James C Brunette     Date: 7/31/19

3

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

> Lichten & Liss-Riordan, P.C.
> 729 Boylston St., Suite 2000
> Boston, MA 02116
> Tel: (617) 994-5800
> Fax: (617) 994-5801
> kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: STUART X. BULLARD

City Bancor          State ME     Zip 04401

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.   I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.   I worked for Bimbo Foods at _Bancor, Me_ (locations)
from _11/19/2012_ (date) to _10/22/2017_ (date).

3.   During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.   I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.  I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _____     Date: _7/8/2019_

3

## <u>OPT-IN CONSENT FORM</u>

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: Senad Dedovic

City Woodbury          State CT      Zip 06798

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.   I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.   I worked for Bimbo Foods at Waterbury/Naugatuck (locations) from 2014 (date) to 2017 (date).

3.   During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.   I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.  I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: Senad Dedovic          Date: 6-2-19

3

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Scott G. Dyer
Name:

███████████████████████████████████████████

Braintree                                    MA              02184
City                                    State            Zip
███████████████████████████████████████████

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.   I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.   I worked for Bimbo Foods at _____Middleboro, ma_____ (locations) from ___sept. 2012_____(date) to ____Present_____ (date).

3.   During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.   I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.  I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _Scott Dyer_____     Date: ___08/20/2019_____

3

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: _Willy Garcia Dominguez_

City _Johnston_ State _RI_ Zip _02919_

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.  I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.  I worked for Bimbo Foods at _Reho Seth M.A._ (locations) from _9/23 / 2013_ (date) to _7/23/2019_ (date).

3.  During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.  I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _____     Date: _7/23/2019_

**OPT-IN CONSENT FORM**

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: _Leonardo A gonzalez_

City _Lawrence_     State _MA_     Zip _01841_

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.  I consent and agree to pursue my federal wage claims arising out of the work I
performed for Bimbo Bakeries.

2.  I worked for Bimbo Foods at _Wilmington MA_ (locations)
from _10- 2013_ (date) to _3-28-18_ (date).

3.  During that time, I worked more than forty hours per week and did not receive
proper overtime pay, calculated as one-and-one-half times my regular rate.

4.  I understand that I will be joining a lawsuit to bring a claim under the Fair Labor
Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to
become a plaintiff herein and to be bound by any judgment by the court or any
settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin
Law Group, P.C. to represent me for all purposes in this action.

Signature: _Leonardo Agonzalez_     Date: _6-2-19_

3

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: _Benjamin E. Hackling_

City _Saunderstown_ State _RI_ Zip _02874_

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2. I worked for Bimbo Foods at _Rehoboth, MA_ (locations) from _June of 2013_ (date) to _Current still working_ (date).

3. During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4. I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _____     Date: _8/24/19_

## **OPT-IN CONSENT FORM**

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

> Lichten & Liss-Riordan, P.C.
> 729 Boylston St., Suite 2000
> Boston, MA 02116
> Tel: (617) 994-5800
> Fax: (617) 994-5801
> kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: _Kevin Howes_

City _Gorham_                   State _Me_ Zip _04038_

## **CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.   I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.   I worked for Bimbo Foods at _Scarborough, Me_ (locations) from _at least 20 years_ (date) to _____ (date).

3.   During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.   I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.  I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _Kevin Hawes_                   Date: _6-28-19_

3

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: _William Howec_

City _Buxton_ State _ME_ Zip _04093_

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2. I worked for Bimbo Foods at _Scarborough_ (locations) from _6/2003_ (date) to _Present_ (date).

3. During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4. I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _William Howea_ Date: _8/1/2019_

3

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: Robert Moore

City SPRingfield     State MA     Zip O1104

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.   I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.   I worked for Bimbo Foods at  Millbury MA  (locations)
from  9-1-14  (date) to  10-11-15  (date).

3.   During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.   I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: Robert H Moore     Date: 8-21-19

3

**OPT-IN CONSENT FORM**

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: Edward Nee

City Charleston  State ME  Zip 044 22

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2. I worked for Bimbo Foods at Bangor, Maine (locations) from 10/09 (date) to Present (date).

3. During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4. I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _____ Date: 7/20/19

3

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: _Jay Pryor_

City _Bristol_                              State _CT_      Zip _06010_

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2. I worked for Bimbo Foods at _Cromwell, CT._ (locations) from _11/2012_ (date) to _7/2015_ (date).

3. During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4. I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _Jay Pryor_                    Date: _6-2-2019_

3

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: JUAN C. ROLDAN

City BROCKTON          State MA     Zip 02305

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.  I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.  I worked for Bimbo Foods at WILMINGTON _____ (locations) from 2011 (date) to 2015 (date).

3.  During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.  I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: JUAN C ROLDAN          Date: 6-8-19

3

**OPT-IN CONSENT FORM**

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: ALAN SANTOS

City Middleboro        State MA     Zip 02346

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.    I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.    I worked for Bimbo Foods at Middleboro MA 02346 (locations) from Oct 13 2013 (date) to present 2019 (date).

3.    During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.    I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.  I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: Alan Santos     Date: 8 - 21 - 19

3

**OPT-IN CONSENT FORM**

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

> Lichten & Liss-Riordan, P.C.
> 729 Boylston St., Suite 2000
> Boston, MA 02116
> Tel: (617) 994-5800
> Fax: (617) 994-5801
> kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: _GLENN TAYLOR_

City _WHITEFIELD_          State _ME_   Zip _04353_

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.  I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.  I worked for Bimbo Foods at _FAIRFIELD, MAINE_ (locations) from _July/18, 201)_ (date) to _AUGUST 26, 2017_ (date).

3.  During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.  I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _____          Date: _6/3/2019_

**OPT-IN CONSENT FORM**

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: _Lawrence Taylor_

City _Cranston_                              State _R.I._  Zip _02920_

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2. I worked for Bimbo Foods at _Rehoboth Massachusetts_ (locations) from _11/2013_ (date) to _8/30/2019_ (date).

3. During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4. I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _Lawrence Taylor_         Date: _8/13/19_

3

**OPT-IN CONSENT FORM**

United States District Court for the District of New Hampshire
Camp et al., v. Bimbo Bakeries USA, Inc., et al.
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: Aaron Jason Trial

City Smithfield          State Me    Zip 04978

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.   I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.   I worked for Bimbo Foods at ___Fairfield  ME___ (locations) from ___Feb 2010___ (date) to ___Nov 2017___ (date).

3.   During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.   I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.  I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _____          Date: ___7/22/19___

## OPT-IN CONSENT FORM

United States District Court for the District of New Hampshire
<u>Camp et al., v. Bimbo Bakeries USA, Inc., et al.</u>
CASE NO. 18-CV-00378

Complete and return by mail, fax, or email to:

Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
kmccarty@llrlaw.com (Kelsey McCarty, paralegal)

Name: JEFFREY WOSENCROFT

City WAKEFIELD         State RI     Zip 02879

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.   I consent and agree to pursue my federal wage claims arising out of the work I performed for Bimbo Bakeries.

2.   I worked for Bimbo Foods at _63  FALL River Ave. Rehoboth MA. 02769_ (locations) from _12/14_ (date) to _12/15_ (date).

3.   During that time, I worked more than forty hours per week and did not receive proper overtime pay, calculated as one-and-one-half times my regular rate.

4.   I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C. and Coughlin Law Group, P.C. to represent me for all purposes in this action.

Signature: _____   Date: _8/26/2019_

3